UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>              Plaintiff,<br><br>   v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>              Defendant. | 1:16-cv-00080-DAD-BAM<br><br>NEW CASE NUMBER:<br><br>**1:16-cv-00080-BAM**<br><br>**ORDER REASSIGNING CASE** |

    All parties having executed consent forms, it is ordered that this matter be assigned to United States Magistrate Judge Barbara A. McAuliffe, for all purposes including trial and entry of Judgment.

    To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents filed in this action.

**1:16-cv-00080-BAM**

IT IS SO ORDERED.

Dated:  **May 1, 2016**                            /s/ Dale A. Drozd
                                                                   UNITED STATES DISTRICT JUDGE

1