Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff,
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>   Plaintiff,<br><br>   vs.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>   Defendant. | No. 1:16-cv-00080-BAM<br><br>**STIPULATION TO AMEND SCHEDULING ORDER; [PROPOSED] ORDER** |

Plaintiff, Jose Trujillo ("Plaintiff"), and Defendant, Kohl's Department Stores, Inc. ("Defendant," and together with Plaintiff, "the Parties"), together request that the Court amend the Scheduling Order as follows:

**WHEREAS**, on April 11, 2016, Plaintiff noticed a site inspection of the subject Kohl's #701 ("the Facility") to take place on May 25, 2016;

**WHEREAS**, on May 4, 2016, the Court issued a Scheduling Order (Dkt. 13) ("Scheduling Order"), which sets a deadline to amend the pleadings of August 1, 2016;

**WHEREAS**, prior to Plaintiff's May 25, 2016 noticed inspection, the Parties were engaging in settlement discussions and appeared to be very close to reaching a settlement, and thus Plaintiff agreed to continue his site inspection to allow time to finalize the settlement;

1  **WHEREAS**, Plaintiff's counsel believed that the Parties had reached a full settlement on or about May 31, 2016, and provided Plaintiff's signature on the settlement agreement to defense counsel; however, Defendant requested further changes to the settlement agreement, which changes Plaintiff could not agree to;

5  **WHEREAS,** on June 20, 2016, Plaintiff served an amended demand for inspection noticing his continued site inspection for August 1, 2016;

7  **WHEREAS**, Plaintiff contends he is unable to amend his complaint to include additional barriers to his full and equal access which may exist at the Facility, as Plaintiff asserts is urged and required by the Ninth Circuit (Chapman v. Pier 1 Imports (U.S.) Inc., 631 F.3d 939, 944 (9th Cir. 2011); Oliver v. Ralphs Grocery Co., 654 F.3d 903, 909 (9th Cir. 2011)), until his consultant can inspect the Facility and provide his findings to Plaintiff;

12  **NOW, THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE AND AGREE** to amend the Scheduling Order as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Deadline to amend pleadings | August 1, 2016 | October 3, 2016 |
| Non-expert discovery cutoff | November 1, 2016 | February 8, 2017 |
| Expert discovery cutoff | February 15, 2017 | April 11, 2017 |
| Expert disclosures | November 15, 2016 | February 22, 2017 |
| Rebuttal expert disclosures | November 29, 2016 | March 7, 2017 |
| Motion filing deadline (non-dispositive and dispositive) | May 1, 2017 | unchanged |

All other requirements set forth in the Scheduling Order relating to the above shall remain unchanged, including the pre-trial and trial dates.

//
//
//

**IT IS SO STIPULATED**.

Dated: July 27, 2016                              MOORE LAW FIRM, P.C.

                                                             */s/ Tanya E. Moore*
                                                             Tanya E. Moore
                                                             Attorney for Plaintiff,
                                                             Jose Trujillo

Dated: July 27, 2016                              CALL & JENSEN
                                                             A Professional Corporation

                                                            */s/ Matthew R. Orr*
                                                             Matthew R. Orr
                                                            Michael S. Orr
                                                            Attorneys for Defendant,
                                                            Kohl's Department Stores, Inc.

IT IS SO ORDERED.

    Dated:   **July 28, 2016**                          /s/ Barbara A. McAuliffe
                                                           UNITED STATES MAGISTRATE JUDGE

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order issued March 24, 2015 (Dkt. 20) is hereby amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline to amend pleadings | August 1, 2016 | October 3, 2016 |
| Non-expert discovery cutoff | November 1, 2016 | February 8, 2017 |
| Expert discovery cutoff | February 15, 2017 | April 11, 2017 |
| Expert disclosures | November 15, 2016 | February 22, 2017 |
| Rebuttal expert disclosures | November 29, 2016 | March 7, 2017 |
| Motion filing deadline (non-dispositive and dispositive) | May 1, 2017 | May 23, 2017 |

All other requirements set forth in the Scheduling Order relating to the above shall remain unchanged, including the pre-trial and trial dates.

**IT IS SO ORDERED**.