1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Jose Trujillo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JOSE TRUJILLO, | ) No. 1:16-cv-00080-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF** |
| vs. | ) **ENTIRE ACTION; ORDER** |
| KOHL'S DEPARTMENT STORES, INC., | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Trujillo and Defendant Kohl's Department Stores, Inc., the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety.  Each party is to bear its own fees and costs.

Dated:  September 20, 2016                MOORE LAW FIRM, P.C.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Jose Trujillo


Dated: September 20, 2016                 CALL & JENSEN
                                          A Professional Corporation

                                          */s/ Michael S. Orr*
                                          Michael S. Orr
                                          Matthew R. Orr
                                          Attorneys for Defendant,
                                          Kohl's Department Stores, Inc.

### ORDER

On September 20, 2016*, the Parties* filed a Stipulation for Dismissal (Doc. 16) under Rule 41.  In light of stipulation for dismissal, this action is terminated by operation of law without further order from the Court.  Rule 41(a)(1)(A)(i).  This Court VACATES all pending dates and matters.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.


Dated**:   September 21, 2016**         */s/ Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE